**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| PREMIUM CLARK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:25-cv-314-JDK-KNM |
| | § | |
| BENEDICT EYO, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Premium Clark, proceeding *pro se*, filed the above-styled and numbered civil rights lawsuit complaining of alleged deprivations of his constitutional rights. The case was referred to United States Magistrate Judge K. Nicole Mitchell in accordance with 28 U.S.C. § 636.

Plaintiff sued Bryan Collier, the former Executive Director of the Texas Department of Criminal Justice, and TDCJ officer Benedict Eyo, complaining of use of force. Docket No. 1. On October 27, 2025, the Magistrate Judge issued a Report recommending the claims against Collier be dismissed with prejudice. Docket No. 7. Plaintiff filed no objections to this Report. That same day, the Magistrate Judge ordered Officer Eyo to answer the lawsuit. Docket No. 9.

On November 25, 2025, Officer Eyo filed a motion to dismiss the lawsuit for failure to state a claim upon which relief may be granted under FED. R. CIV. P. 12(b)(6). Docket No. 12. On March 4, 2026, the Magistrate Judge issued a Report recommending that the motion be granted and the lawsuit dismissed with prejudice.

1

Docket No. 14.  Plaintiff received a copy of the Report on March 18, 2026, but again filed no objections.  Docket No. 15.

Where a party timely objects to the Report and Recommendation, the Court reviews the objected-to findings and conclusions of the Magistrate Judge de novo.  28 U.S.C. § 636(b)(1).  In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law.  *Alexander v. Verizon Wireless Services, LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

Here, Plaintiff did not file any objections.  The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law.  *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Reports and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Magistrate Judge's Reports (Docket Nos. 7 & 14) as the findings of this Court.  Defendant Eyo's motion to dismiss (Docket No. 12) is **GRANTED**.  The above-styled civil action is **DISMISSED WITH PREJUDICE** as to both Defendants, former TDCJ Executive Director Collier and Officer Eyo, for failure to state a claim upon which relief may be granted.  Any motions pending in this case are **DENIED as moot.**

So **ORDERED** and **SIGNED** this **26th** day of **May, 2026.**

_____

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE